JOHN B. GREENE, ESQ.
Nevada Bar No. 004279
ROBERT D. VANNAH, ESQ.
Nevada Bar No. 002503
**GOLIGHTLY & VANNAH, PLLC**
5555 Kietzke Lane, Suite 150
Reno, Nevada 89511
Telephone (775) 222-3333
*Attorneys for Plaintiff*

**UNITEST STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WARREN WAYNE SHERUM,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC JOHN BLOODSAW, JR.; LANDSTAR RANGER, INC.; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 3:22-cv-00223-LRH-CLB<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES** |

The undersigned counsel for Plaintiff WARREN WAYNE SHERUM certifies that the following individuals and entities have an interest in the outcome of this case:

1. WARREN WAYNE SHERUM.

2. ERIC JOHN BLOODSAW, JR.

3. LANDSTAR RANGER, INC.

The foregoing representations are made on behalf of Plaintiff's knowledge and belief, in compliance with Local Rules and the Order of this Court, and are made to enable judges of the Court to evaluate potential recusal issues.

///

///

1

DATED this 3rd day of June, 2022.

GOLIGHTLY & VANNAH, PLLC

By: _____
JOHN B. GREENE, ESQ.

## CERTIFICATE OF SERVICE

I certify that in the 2nd day of June, 2022, a true and correct copy of the foregoing document was electronically filed and served via the United States District Court CM/CMF system upon all parties on the master e-file and serve list.

_____
An employee of Golightly & Vannah, PLLC