UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WARREN SHERUM,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ERIC BLOODSAW, JR.; LANDSTAR RANGER, INC.,<br><br>　　　　　　　　　Defendants. | Case No. 3:22-cv-00223-LRH-CLB<br><br>ORDER |

Before the Court is Defendants' response (ECF No. 9) to the Court's May 23, 2022, order (ECF No. 6), to which Plaintiff did not reply.

After an initial review of Plaintiff's complaint and Defendants' petition for removal, the Court held that Defendants had not established that the Court has subject matter jurisdiction under the diversity of citizenship jurisdiction standard. Though the parties are of diverse citizenship, the Court found that it required more evidence to determine whether the amount in controversy exceeds $75,000 exclusive of interest and costs exists because it was not facially apparent from the complaint that it did. ECF No. 6 at 2. The Court provided Defendants with additional time to file summary-judgment-type evidence that demonstrates the amount in controversy requirement is met. *Id.* at 3.

In response, Defendants provided a copy of a letter sent by the law firm representing Plaintiff to Defendant Landstar. The letter contained a list and total computation of special damages incurred by Plaintiff as of January 26, 2022. ECF No. 9 at 7. Specifically, it identified that Plaintiff's total damages amount to $156,729.95, which includes medical expenses totaling $149,029.95 and lost wages totaling $7,700.00. *Id.* Based on this evidence, the Court is satisfied that the amount in controversy requirement exceeds $75,000 exclusive of interest and costs.

1

Accordingly, the Court finds that it has subject matter jurisdiction over this case through diversity jurisdiction.

IT IS SO ORDERED.

DATED this 21st day of June, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE