J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KURT R. BONDS, ESQ.
Nevada Bar #6228
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WARREN WAYNE SHERUM<br><br>Plaintiff<br><br>v.<br><br>ERIC JOHN BLOODSAW, JR.; LANDSTAR RANGER, INC.; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants | CASE NO: 3:22-cv-00223-LRH-CLB |

### MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST

Kurt R. Bonds, Esq., of the law firm Alverson Taylor & Sanders (the "firm"), as former counsel for Landstar Ranger, Inc. and Eric Bloodsaw, Jr., (the "Parties"), hereby submits Motion for Order Granting Request for Removal from CM/ECF Service List as to J. Bruce Alverson, Esq. and Karie N. Wilson, Esq. (the "Motion"). This Motion is made and supported by the following Memorandum of Points and Authorities.

/ / /

/ / /

/ / /

1

KNW 27759

## MEMORANDUM OF POINTS AND AUTHORITIES

J. Bruce Alverson, Esq. longer involved in this matter and Karie N. Wilson, Esq. is no longer affiliated with the Law firm of Alverson Taylor & Sander. ECF notice to J. Bruce Alverson, Esq., and Karie N. Wilson, Esq., are no longer required; therefore, the Firm hereby submits this Motion for Order Granting Request for Removal from CM/ECF Service List as to J. Bruce Alverson, Esq., and Karie N. Wilson, Esq.

Dated this 18th day of November, 2022.

ALVERSON TAYLOR & SANDERS

/s/ Kurt R. Bonds

J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KURT R. BONDS, ESQ.
Nevada Bar #6228
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

## COURT APPROVAL

IT IS SO ORDERED.

Date: November 18, 2022

_____
**UNITED STATES MAGISTRATE JUDGE**

K:\Z-client\27759\pleadings\mtn to remove from service list.docx