KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:  (702) 363-5100
Facsimile:  (702) 363-5101
E-mail: KWilson@messner.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WARREN WAYNE SHERUM<br><br>Plaintiff<br><br>v.<br><br>ERIC JOHN BLOODSAW, JR.; LANDSTAR RANGER, INC.; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants | CASE NO: 3:22-cv-00223-LRH-CLB |

**ORDER GRANTING**

**MOTION TO RE-ADD COUNSEL TO SERVICE LIST PURSUANT TO ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANTS**

KARIE N. WILSON, ESQ. of the law firm MESSNER REEVES, LLP, hereby files this motion seeking to be added to the Court's service list as counsel of record for Defendants Landstar Ranger, Inc. and Eric John Bloodsaw, Jr., pursuant to the Order Granting Substitution of Counsel for Defendants filed November 3, 2022.

. . .

. . .

. . .

Page **1** of **4**

15021.0001

## MEMORANDUM OF POINTS AND AUTHORITIES

Karie N. Wilson, Esq. recently transitioned as a Partner at Alverson Taylor & Sanders to Messner Reeves LLP.  Ms. Wilson continues to represent Defendants Landstar Ranger, Inc. and Eric John Bloodsaw, Jr. and filed a Substitution of Counsel for each Defendant. The substitution was granted on November 3, 2022.  *See* Order Granting Substitution of Counsel for Landstar Ranger, Inc., Docket No. 24.  Alverson Taylor & Sanders subsequently filed a Motion for Removal From CM/ECF Service List as to J. Bruce Alverson, Esq. and Karie N. Wilson, Esq. on November 18, 2022. *See* Motion for Removal From CM/ECF Service List, Docket No. 25.  This motion stated that "J. Bruce Alverson, Esq. is no longer involved in this matter" and "Karie N. Wilson, Esq. is no longer affiliated with the law firm Alverson Taylor & Sanders." *See* Docket No. 25.  In filing this motion, Alverson Taylor & Sanders did not clarify that it was seeking only the removal of Karie N. Wilson as previously associated with Alverson Taylor & Sanders, kwilson@alversontaylor.com. As such, when the Motion for Removal From CM/ECF Service List was granted, Karie N. Wilson, Esq. of the law firm Messner Reeves, LLP was removed from the service list entirely as counsel of record for Defendants. Kurt R. Bonds, Esq. of Alverson Taylor & Sanders, as the attorney who signed the Motion for Removal, was thereafter incorrectly identified as counsel for Defendants.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Pursuant to the Substitution of Counsel, and the Court's prior order, Karie N. Wilson, Esq. of the law firm Messner Reeves, LLP hereby requests that she be identified and included on the Service List as counsel of record for Defendants Landstar Ranger, Inc. and Eric John Bloodsaw, Jr., in the place and stead of Kurt Bonds, Esq.

DATED this 30th day of November 2022.

MESSNER REEVES LLP

_____
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: KWilson@messner.com
*Attorneys for Defendants*

IT IS SO ORDERED.

DATED: November 30, 2022

_____
U.S. Magistrate Judge

15021.0001