UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WARREN WAYNE SHERUM<br><br>Plaintiff<br><br>v.<br><br>ERIC JOHN BLOODSAW, JR.; LANDSTAR RANGER, INC.; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants | CASE NO: 3:22-cv-00223-LRH-CLB |

### ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed by and between Plaintiff WARREN WAYNE SHERUM and Defendants ERIC JOHN BLOODSAW, JR. and LANDSTAR RANGER, INC., by and through their respective counsel of record that Plaintiff's claims against Defendants are hereby DISMISSED, WITH PREJUDICE, the parties to bear their own fees and costs.

. . .

. . .

. . .

Page **1** of 2

15021.0001

| | |
|---|---|
| Dated this 19th day of June 2023. | Dated this 19th day of June 2023 |
| MESSNER REEVES LLP | VANNAH & VANNAH |
| KARIE N. WILSON, ESQ. | /s/ John B. Greene |
| Nevada Bar No. 7957 | JOHN B. GREENE, ESQ. |
| kwilson@messner.com | Nevada Bar No. 4279 |
| 8945 W. Russell Road, Suite 300 | jgreene@vannahlaw.com |
| Las Vegas, NV 89148 | 400 S. Seventh Street, Suite 400 |
| 702-363-5100 Phone | Las Vegas, Nevada 89101 |
| *Attorneys for Defendants* | 702-369-4161 Phone |
| | *Attorneys for Plaintiff* |

## **ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE**

IT IS HEREBY ORDERED THAT the claims asserted by Plaintiff WARREN WAYNE SHERUM against Defendants ERIC JOHN BLOODSAW, JR. and LANDSTAR RANGER, INC., are hereby DISMISSED, WITH PREJUDICE, the parties to bear their own fees and costs.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter final judgment accordingly, dismiss the action, and close the case.

IT IS SO ORDERED.

DATED this 22nd day of June, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE