AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

WARREN WAYNE SHERUM,

                          **JUDGMENT**

            Plaintiff,

v.                        Case Number: 3:22-cv-00223-LRH-CLB

ERIC JOHN BLOODSAW, JR.; LANDSTAR
RANGER, INC.; DOES I through X, inclusive,
and ROE CORPORATIONS I through X,
inclusive,

            Defendants.

___    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **dismissed with prejudice.**
**IT IS FURTHER ORDERED** that the final judgment is hereby entered accordingly, and this case is closed.

*CLERK OF COURT*

Date: ___June 22, 2023___

_____
*Signature of Clerk or Deputy Clerk*